FILED BY AW D.C.
Oct 14, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 26-MJ-03854-ELFENBEIN

**IN RE SEALED COMPLAINT**
______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 3, 2026? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Abbie D. Waxman*

ABBIE D. WAXMAN
Assistant United States Attorney
Florida Bar No.: 109315
U.S. Attorney's Office
99 N.E. 4th Street, Suite 500
Miami, Florida 33132-2111
Telephone No.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

FILED BY AW D.C.

Oct 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 91 (Rev 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.

Thomas Edward Osbeck,

*Defendant(s)*

Case No. 26-MJ-03854-ELFENBEIN

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2004-2008 and 2019-2020 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2423(c) | Engaging in Illicit Sexual Conduct in a Foreign Place |
| 18 USC 2423(f) | Attempt to Engage in Illicit Sexual Conduct in a Foreign Place |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature* Badge No. 25493

Cindy Barrois, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date: 10/14/2026

*Judge's signature*

City and state: Miami, Florida

Hon. Marty Fulgueira Elfenbein, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST**

I, Cindy Barrois, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2015. I currently serve on the Violent Crimes against Children squad in the FBI Miami Field Office. As part of this squad, I am a participating member of the Human Trafficking and Child Exploitation Task Force. My duties include the detection and neutralization of human trafficking, enticement, and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; undercover activities; and the preparation and execution of arrest, search, and seizure warrants. I have conducted and assisted in many child exploitation investigations, and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking. My training also includes transnational sexual tourism.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, et seq.

3. The information set forth in this Affidavit is provided in support of the attached criminal complaint, charging **THOMAS EDWARD OSBECK ("OSBECK")** with the following violations: Attempt to Engage in Illicit Sexual Conduct in a Foreign Place, in violation of 18 United

States Code, Sections 2423(f)[1] between in and around 2019 through 2020 with MINOR VICTIM 1 and Engaging in Illicit Sexual Conduct in a Foreign Place, in violation of 18 United States Code, Sections 2423(c)[2] between in and around 2004 through 2008 with MINOR VICTIM 2.

4. This Affidavit is intended only to establish probable cause that these offenses were committed. As such, it does not include every fact known to law enforcement about this investigation. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

## PROBABLE CAUSE

### *Background of the Investigation*

5. On or about March 25, 2025, the FBI received a complaint from a member of a nonprofit anti-trafficking/exploitation organization advising that OSBECK, an American citizen, was suspected of traveling from the United States to Haiti for the purpose of engaging in illicit sexual conduct with minors. FBI initiated an investigation and interviewed multiple witnesses and potential victims as well as reviewed records related to OSBECK's travel to Haiti and his activities in Haiti. FBI also confirmed that OSBECK is an American citizen.

6. The investigation revealed that OSBECK has repeatedly traveled from the United States to Haiti, and worked as a missionary in Haiti, beginning around the mid- to late 1990s. According to Osbeck in 1998, he founded and directed Jesus in Haiti Ministries ("JiHM") until 2015. FBI interviewed WITNESS 1, a prior JiHM Board member, who reported that he first learned of sexual abuse allegations against OSBECK in or around 2010. In or around 2015, the

1 Previously (e) from December 21, 2018, through December 21, 2023.
2 Previously did not include the term "reside" effective from April 30, 2003, through March 16, 2013.

JiHM Board gave OSBECK an ultimatum to either step down or remain in Haiti but work in a different capacity. OSBECK resigned that year.

7. After resigning from JiHM, OSBECK founded Ignite Your Faith Ministries ("IYFM"). In or around September 2025, FBI reviewed the IYFM website (igniteyourfaithministries.org), which revealed that it was a non-denominational Christian ministry located in St. Christophe, Haiti and listed OSBECK as the Director. One of IYFM's ministries is Tom's House, which, through OSBECK, had taken in many orphaned and abandoned children since its founding. According to the website, OSBECK had 18 boys in his care and "to these kids he is not just a missionary, he is their Pappy." OSBECK was the only non-Haitian staff member on-site. At Tom's House, the boys received "food, clean water, clothing, an education, biblical training, a loving home and health care as God provides."

8. In or around October 2026, FBI again reviewed the IFYM website. It described IYFM as a non-profit international Christian ministry located in Cap-Haitien, Haiti and listed OSBECK as the President. IYFM "uses charitable donations from people like you to provide orphan care, food and clean water for widows, and ministry work in pursuit of God's Glory in Haiti." According to the website, Tom's House was still in operation and raised eight to 10 "young men at any given time" and OSBECK resided at Tom's House and is known as "Papi."

9. On or about May 6, 2025, OSBECK submitted an online questionnaire to obtain a foster parent license through Heartland for Children, which is sponsored by the State of Florida Department of Children and Families. In the questionnaire, OSBECK answered that he would like to foster two children between the ages of ten and 18. OSBECK further wrote that over the past 27 years, he was in Haiti caring for homeless children and had raised over 100 children. OSBECK mentioned five young Haitian men he raised who were now residing in the United States. As

further set forth below, the FBI identified and interviewed these five adult males, including MINOR VICTIM 1, who were minors when they came to live at Tom's House. FBI also identified and interviewed two additional adult males, including MINOR VICTIM 2, who were minors when they came to live at Tom's House.

10. Travel records obtained from the U.S. Customs and Border Protection (CBP) revealed that OSBECK traveled back and forth between Haiti and the Southern District of Florida, United States approximately three times during the time of the alleged sexual abuse of MINOR VICTIM 1, more specifically between November 2019 and September 2020. Travel records revealed that OSBECK traveled back and forth between Haiti and the Southern District of Florida, United States approximately 12 times during the time of the alleged sexual abuse of MINOR VICTIM 2, more specifically between August 2005 and November 2008.

***MINOR VICTIM 1 Interview***

11. On or about June 11, 2025, the FBI interviewed MINOR VICTIM 1, a Haitian male born in 2003. MINOR VICTIM 1 moved to Tom's House when he was approximately 13 years old (i.e., around 2016-2017). MINOR VICTIM 1 reported that after moving in, OSBECK often made him feel uncomfortable because OSBECK would caress MINOR VICTIM 1's back. Despite MINOR VICTIM 1 telling OSBECK to stop, OSBECK continued the unwanted touching. The boys would sometimes be shirtless when they played soccer in the yard. MINOR VICTIM 1 stated that OSBECK would caress MINOR VICTIM 1's bare chest and OSBECK would later text him, "I like it when you take your shirt off." MINOR VICTIM 1 was a minor at the time.

12. MINOR VICTIM 1 recounted an instance when his phone was broken, and he asked OSBECK for money to fix it. OSBECK asked, "what are you going to do for me?" MINOR VICTIM 1 did not understand the request and responded, "what do you mean?" to which OSBECK

replied, "never mind." A similar incident occurred when MINOR VICTIM 1 received a text message from OSBECK saying that OSBECK was going to leave the bedroom door open for MINOR VICTIM 1. When MINOR VICTIM 1 again did not understand and replied, "for what?" OSBECK replied, "you know what you gonna do." MINOR VICTIM 1 indicated that he did not know and OSBECK replied, "never mind."

13. One time when MINOR VICTIM 1 was 16 years old (i.e., in 2019-2020), the power went out in the middle of the night at Tom's House. OSBECK woke him up and asked him to reset the power. MINOR VICTIM 1 explained that resetting the power was one of his chores at the house. After MINOR VICTIM 1 reset the power, OSBECK sent MINOR VICTIM 1 a message on the messaging application, WhatsApp, summoning him to come to OSBECK's room to get a non-alcoholic drink. When MINOR VICTIM 1 went to OSBECK's room, OSBECK answered the door wearing only boxer underwear. After going inside the room and getting a drink, MINOR VICTIM 1 attempted to exit the room. OSBECK, still wearing only boxer underwear, was standing at the door blocking the exit. As MINOR VICTIM 1 tried to walk out, OSBECK grabbed MINOR VICTIM 1's hand and tried to put it on OSBECK's penis. MINOR VICTIM 1 pulled away and said "no." OSBECK responded, "oh you not gonna give me anything before you go to sleep?" OSBECK then told MINOR VICTIM 1, "just make it hard."

14. MINOR VICTIM 1 provided OSBECK's telephone number as 239-297-2864. FBI obtained written consent from MINOR VICTIM 1 to search MINOR VICTIM 1's telephone. The telephone number provided by MINOR VICTIM 1 is the same telephone number associated with the cellular phone that was seized from OSBECK by law enforcement on or about June 26, 2025, *see infra*, starting at Paragraph 39.

### *MINOR VICTIM 2 Interview*

15. On or about August 14, 2026, the FBI interviewed MINOR VICTIM 2, a Haitian male born in 1996. MINOR VICTIM 2 reported that, during his childhood, while residing at Tom's House with OSBECK who operated it in Haiti, he was sexually abused by OSBECK. MINOR VICTIM 2 indicated that the conduct occurred over a period of several years while he was a minor and continued until he departed the residence upon reaching adulthood.

16. MINOR VICTIM 2 described multiple incidents of sexual abuse occurring during his childhood involving OSBECK. MINOR VICTIM 2 described how, on multiple occasions, when he was between the ages of 8 and ten (i.e., between approximately 2004 and 2007), OSBECK would make him touch his (OSBECK's) penis. MINOR VICTIM 2 and another minor boy regularly slept in OSBECK'S room, where they would watch cartoons. OSBECK would ask, "Dad doesn't get a kiss goodnight?" and in response, every night, MINOR VICTIM 2 and the other minor boy had to kiss OSBECK on his lips. On one occasion, when MINOR VICTIM 2 was approximately 11 years old (i.e., in approximately 2007-2008), OSBECK forced MINOR VICTIM 2 to perform oral sex on OSBECK. MINOR VICTIM 2 disclosed to WITNESS 2 immediately after this sex act occurred. On or about August 12, 2026, the FBI interviewed WITNESS 2, who confirmed the same as discussed further, *infra*, starting at Paragraph 18.

17. MINOR VICTIM 2 explained that OSBECK used various forms of coercion, including withholding privileges or opportunities, to compel compliance. OSBECK told MINOR VICTIM 2 if he didn't comply with OSBECK's demands, he would not get an allowance or get to go out. When MINOR VICTIM 2 was approximately 12 years old, MINOR VICTIM 2 would make bracelets as a side business to sell to tourists. OSBECK told him he was going to break his business if MINOR VICTIM 2 did not perform sexual favors. On one occasion, OSBECK asked

MINOR VICTIM 2 if he (OSBECK) could put his "dick in his [MINOR VICTIM 2's] ass" and when MINOR VICTIM 2 refused, OSBECK cut off his allowances. On another occasion, MINOR VICTIM 2 refused to comply with OSBECK's demand that MINOR VICTIM 2 perform oral sex on him. In response to MINOR VICTIM 2's refusal, OSBECK ordered MINOR VICTIM 2 to go to MINOR VICTIM 2's room and told him that he would not receive an allowance. When MINOR VICTIM 2 was approximately 14 or 15 years of age (i.e., around 2010-2012), OSBECK offered to bring MINOR VICTIM 2 to the United States in exchange for "sucking dick." MINOR VICTIM 2 refused to perform the sexual favor on that occasion and as a result, MINOR VICTIM 2 was not allowed to travel to the United States.

***WITNESS 2 Interview***

18. On or about August 12, 2026, the FBI interviewed WITNESS 2, a Haitian male born in 1988. WITNESS 2 reported that he began residing at JiHM in or around 2003, when he was approximately 13 years old, and remained there until approximately 2010 or 2011. According to WITNESS 2, OSBECK, who operated JiHM, also resided on the property during that period. WITNESS 2 further stated that when he was approximately 15 years old, he began working for OSBECK while continuing to live at the residence.

19. WITNESS 2 stated that the property consisted of three separate houses arranged in a horseshoe configuration. According to WITNESS 2, the houses shared the same blueprint and were situated approximately 10 to 15 feet apart. Each structure contained three rooms on the second floor. WITNESS 2 reported that OSBECK, along with several minor boys, resided in one of the houses, with OSBECK's bedroom located on the second floor and WITNESS 2 resided in a different house.

20. WITNESS 2 stated that one evening at approximately 7:00 p.m., as he exited his residence and walked toward the residence occupied by OSBECK, he observed MINOR VICTIM 2 exiting that residence visibly upset and crying. According to WITNESS 2, MINOR VICTIM 2 disclosed that OSBECK had just forced him to perform oral sex on him (OSBECK). WITNESS 2 reported that MINOR VICTIM 2 was approximately 10 to 11 years old at the time of the incident.

***WITNESS 3 Interview***

21. On or about June 11, 2025, the FBI interviewed WITNESS 3, a Haitian male born in 2002. WITNESS 3 moved to Tom's House when he was 13 years old and lived there until the age of 21. WITNESS 3 reported that OSBECK would smack the boys' buttocks, to include his own when he was a minor. Even though WITNESS 3 explained to OSBECK that in Haiti men did not do that and that WITNESS 3 did not like it, OSBECK continued.

22. OSBECK also caressed WITNESS 3's back and legs when WITNESS 3 was a minor. When WITNESS 3 was shirtless after playing soccer, OSBECK would come over and caress WITNESS 3's bare back. WITNESS 3 was approximately 15 or 16 years old at the time. Despite WITNESS 3 telling OSBECK that he did not like to be touched in that manner and that it made him feel uncomfortable, OSBECK continued.

23. WITNESS 3 was approximately 15 or 16 years old the first time OSBECK caressed his legs. WITNESS 3 asked OSBECK for money to buy clothes. OSBECK sent WITNESS 3 a message on the messaging application, WhatsApp, telling WITNESS 3 to come to OSBECK's room. WITNESS 3, who was wearing shorts, came to OSBECK's room and sat on top of a freezer located inside the room. OSBECK then proceeded to caress WITNESS 3's bare leg and WITNESS 3 stopped him. OSBECK responded by saying, "[w]hat happened, you scared of me?" WITNESS 3 replied that he was not afraid of OSBECK but that he did not like to be touched

that way. OSBECK then gave WITNESS 3 money and told WITNESS 3 not to tell any of the other boys that OSBECK gave him money.

24. WITNESS 3 explained that when OSBECK traveled back to the United States, OSBECK communicated with the boys in Haiti via WhatsApp. OSBECK asked the boys (including WITNESS 3) what they wanted, and if WITNESS 3 asked for something, OSBECK would ask what he (OSBECK) would receive in return. When WITNESS 3 asked OSBECK to clarify, OSBECK replied, "you know what I mean." When WITNESS 3 stated that he did not know, OSBECK responded, "never mind." More than once, including when WITNESS 3 was a minor, OSBECK asked WITNESS 3 via WhatsApp for a "dick pic" (i.e., a photograph of WITNESS 3's genitalia). WITNESS 3 no longer has access to these messages.

25. WITNESS 3 sometimes created TikTok videos—some of which featured him shirtless, exposing his abdomen. On one occasion, OSBECK captured a screenshot from a video depicting WITNESS 3's abdomen and sent it to WITNESS 3 with the message, "I would like to see the rest." WITNESS 3 was an adult at this time.

26. WITNESS 3 heard that OSBECK sexually abused other Haitian children at Tom's House. In and around late 2023, WITNESS 3 heard WITNESS X (whose date of birth is unknown, but who WITNESS 3 described as another "boy") tell OSBECK that WITNESS X would go to a journalist with a video depicting OSBECK having sex with WITNESS X if OSBECK did not give WITNESS X a large sum of money. WITNESS 3 observed OSBECK write a check and give it to SUBJECT 1; several days later, WITNESS 3 observed SUBJECT 1 enter OSBECK's room and give WITNESS X's phone (identified as such by a screensaver depicting WITNESS X) to OSBECK. WITNESS 3 reported that WITNESS X was kidnapped and killed during this time and

that WITNESS 3 had overheard SUBJECT 1 discussing the "set up" while at Tom's House. WITNESS X has not been seen or spoken to.

27. WITNESS 3 also described an incident involving WITNESS W, a Haitian boy who went to live with OSBECK when he was sixteen years old. Within the first month that he arrived, WITNESS W had asked OSBECK for money to buy clothes and another boy told WITNESS W, "you know what you need to do." WITNESS W then went to masturbate in front of OSBECK.

28. WITNESS 3 also observed WITNESS W go into OSBECK's room on more than one occasion and would sometimes stay in the room for an hour. OSBECK's bedroom had a steel door that locked automatically and required a key.

***WITNESS 4 Interview***

29. On or about June 11, 2025, the FBI interviewed WITNESS 4, a Haitian male born in 2000. WITNESS 4 moved to Tom's House when he was a minor. WITNESS 4 felt uncomfortable around OSBECK. WITNESS 4 reported that OSBECK would touch WITNESS 4's back, running OSBECK's hand downward along his back. Although WITNESS 4 told OSBECK that he did not like to be touched by men and would walk away after being touched, OSBECK continued.

30. WITNESS 4 explained that when OSBECK traveled to the United States, OSBECK asked the boys at Tom's House, to include WITNESS 4, if they wanted him to bring them back anything. In one instance, when WITNESS 4 was a minor, he asked OSBECK for a phone, to which OSBECK replied, "what are you going to give me?" When WITNESS 4 asked what OSBECK meant, OSBECK responded, "you know what I mean." Based on what WITNESS 4 had heard that OSBECK was having sexual relations with boys at Tom's House, WITNESS 4 understood OSBECK to be asking for sexual favors.

31. While still residing at Tom's House, WITNESS 4 took photos of himself shirtless, exposing his abdomen, which he posted on Instagram and used as his WhatsApp profile photo. OSBECK took a screenshot of one of those photos and forwarded it to WITNESS 4 with the message, "that looks good." WITNESS 4 also made TikTok commercials and OSBECK told WITNESS 4 that people would buy more of WITNESS 4's products if he showed his "abs." WITNESS 4 believed he was 18 years old at this time.

***WITNESS 5 Interview***

32. On or about June 11, 2025, the FBI interviewed WITNESS 5, a Haitian male born in 2002. WITNESS 5 moved to Tom's House when he was approximately 16 years old. A few months after WITNESS 5 moved into Tom's House, OSBECK texted WITNESS 5 asking if he was alone. WITNESS 5 replied, "yes," and OSBECK followed up by asking what WITNESS 5 was wearing. When WITNESS 5 replied that he was wearing shorts and no shirt, OSBECK asked for a picture. When WITNESS 5 asked why, OSBECK replied, "I'm your father and you are my son," and that he "was just trying to build a connection." WITNESS 5 did not feel comfortable and refused. OSBECK kicked WITNESS 5 out of the house for having "no connection" between them.

33. OSBECK texted WITNESS 5 one evening and asked, "did you like that I called you Dick? Next time I could call you big Dick? Would you like that?" WITNESS 5 believed OSBECK was using the name "Dick" with a sexual connotation. OSBECK asked if WITNESS 5 liked "big Dick" and WITNESS 5 told him not to turn the name into something sexual.

34. WITNESS 5 saw many boys go into OSBECK's bedroom. WITNESS 5 also heard WITNESS Y (whom WITNESS 5 described as a minor) accuse OSBECK of having had sex with him (WITNESS Y) and ask OSBECK for money; SUBJECT 2, who worked for OSBECK, later

told WITNESS 5 that WITNESS Y and WITNESS X were killed for "blackmailing" OSBECK and referenced a video purportedly capturing sexual acts between OSBECK and WITNESS X.

35. WITNESS 5 saw a video—shown by a former resident of Tom's House—depicting two people having sex in Tom's House. Their faces were not visible in the video, but WITNESS 5 recognized the background to be Tom's House and a shirt in the background to be OSBECK's. WITNESS 5 believes the other individual was an adult at the time of the video.

36. WITNESS 5 received screenshots that a resident of Tom's House took of a WhatsApp conversation between OSBECK and the resident (hereinafter "WITNESS Z"). WITNESS 5 provided them to the FBI. In the WhatsApp messages, "Tom" sends two apparent selfies depicting a white adult's hand holding what appears to be a carrot in his lap in a manner that it looks like an unclothed penis. "Tom" writes, "U need this. . . U want that . . . Sorry I think you like it." The recipient responds, "Why are you still talking to me about these kinds of things[?] Why since I asked you for a bagay you still need me to do this for you[?]"[3] The FBI has not yet been able to interview WITNESS Z but believes from interviews of board members of IYFM and from review of a Facebook account belonging to OSBECK (as further set forth below) that WITNESS Z was born in 2004, and was a teenager when initially living at Tom's House.

***Review of OSBECK's Facebook account***

37. FBI also identified OSBECK as the apparent user of Facebook account "Tom Ben Cartwright Osbeck." A review of the publicly available account revealed that the user of the account posted a message, dated December 19, 2024, describing, among other things, how WITNESS Z came to reside at Tom's House. The message includes WITNESS Z's date of birth

[3] According to Google Translate, "bagay" means "things" in Haitian Creole.

in 2004. Further, the message states, "[h]e's a challenge for me and the staff, walks to a different drum, not following God, so pray for [WITNESS Z]."

38. A review of the account also revealed images from OSBECK's trip to Haiti in June 2025. On June 20, 2025, OSBECK posted a photo of himself with what appears to be a Haitian boy, estimated to be under the age of 10 years old (based on body size and physical development). In the first photo, the Haitian boy is sitting on OSBECK's lap. In the second photo, the Haitian boy is sitting on OSBECK's lap while OSBECK is feeding him. On June 25, 2025, OSBECK posted another photo of himself with what appears to be the same Haitian boy sitting on his lap.

***Custom and Border Patrol (CBP) Secondary Examination of OSBECK***

39. On June 26, 2025, OSBECK entered the United States at Miami International Airport from Cap-Haitien, Haiti. After his arrival, OSBECK was subjected to secondary inspection examination by CBP officers. During the inspection, CBP interviewed OSBECK and conducted a manual search of his property, with the assistance of Homeland Security Investigations-Miami (HSI-Miami). Included in his property was one Apple iPhone 16 Pro Max, IMEI #357100774606948, Serial Number HQMWG6HVQJ (the DEVICE). The DEVICE was placed in airplane mode prior to conducting the manual search.

40. Utilizing border search authority, HSI-Miami took temporary custody of the DEVICE and manually inspected the DEVICE. This manual, non-forensic review revealed, among other things, numerous images of what appear to be Haitian children with OSBECK, in what is believed to be Haiti. The images, which were in the Photos app of the DEVICE, appear to be taken at Tom's House, based on terrain and review of OSBECK's Facebook account. The photos depict Haitian males ranging from pre-teen to early 20s, including individuals consistent with the age and demographics of witnesses with whom FBI has spoken.

41. The review of the Photos app on the DEVICE further revealed images of index cards containing handwritten names and dates of birth of what appear to be Haitian children (based on the names and dates of birth listed). More specifically, one of the index cards contained the name of a minor and a date of birth in 2008. Based on witness interviews, FBI identified that minor as a current resident of Tom's House. During the review of the DEVICE, HSI also located a screenshot of an image from TikTok depicting what appears to be that same minor[4], a teenage male with no shirt in a swimming pool, with the caption, "you think I'm handsome." The Exif data[5] for the image revealed that the user of the DEVICE captured the image as a screenshot on the DEVICE on September 22, 2024.

42. The review also revealed photos of WITNESS 3 and MINOR VICTIM 1. Specifically, HSI observed two photos of WITNESS 3 consistent with WITNESS 3's statements to FBI that OSBECK had commented on photos of WITNESS 3 partially unclothed. In one photo, which was captured from WITNESS 3's social media account, WITNESS 3 was shirtless. The Exif data for the photo revealed that the user of the DEVICE captured it as a screenshot on the DEVICE on October 15, 2024. In the second photo, also captured from WITNESS 3's social media account, WITNESS 3 was shirtless and wearing boxer shorts. The Exif data for the image revealed that the user of the DEVICE captured it as a screenshot on the DEVICE on October 18, 2024. HSI also observed one photo of MINOR VICTIM 1 in which MINOR VICTIM 1 was posing in a bathroom shirtless with a towel draped around his neck. The Exif data for the image revealed that the DEVICE captured it as a screenshot on the DEVICE on October 15, 2024.

---

[4] The username of the TikTok account matches the first name of the minor listed on the index card.
[5] EXIF data, short for Ex-changeable Image File Format data, is a type of metadata stored within digital files. It contains technical information about the image, such as camera settings, date and time of capture, and GPS data, if enabled.

43. During routine travel questioning about the purpose of his travel, OSBECK advised that he was a missionary for IYFM and was returning from a missionary trip. OSBECK stated that he resided at a house in Cap-Haitien, which was rented by IYFM and operated by SUBJECT 2.

***Search Warrant of OSBECK's Apple iPhone 16 Pro Max***

44. On July 10, 2025, FBI obtained a search warrant in the Southern District of Florida for the DEVICE. *See* 25-mj-03337-Goodman. A forensic extraction of the DEVICE was conducted and analysis of the data retrieved was completed. The following is a description of some forensic data uncovered and does not encompass all the forensic data contained therein.

45. A review of the DEVICE identified the following images:

a. A screenshot, created on October 18, 2024, of a story posted on the social media account belonging to WITNESS 3. The image depicts WITNESS 3 shirtless and wearing boxer shorts. WITNESS 3 is an adult in the image.

b. A screenshot, created on October 15, 2024, of an image posted on the social media account belonging to MINOR VICTIM 1. The image depicts MINOR VICTIM 1 posing in a bathroom, shirtless with a towel draped around his neck. MINOR VICTIM 1 is an adult in the image.

46. Additional review of the DEVICE revealed WhatsApp chat messages between OSBECK and an individual who was saved in the contacts including a description of an occupation followed by the last name of WITNESS W. According to WITNESS 3, WITNESS W got whatever he wanted from OSBECK, to include expensive DJ equipment. WITNESS 3 reported that WITNESS W is a DJ residing in Port-au-Prince, Haiti. WITNSS 3 further reported that WITNESS W still spoke with OSBECK and received money from him. Based on my training and experience

as well as interviews with witnesses and victims, the individual chatting with OSBECK is WITNESS W. The conversation below took place between June 10, 2025, and June 11, 2025.

| Sender | Message |
|---|---|
| OSBECK | Do u know these guys |
| WITNESS W | Non<br>Do u know them? |
| OSBECK | No just saw them on Facebook. |
| WITNESS W | Do u like them |
| OSBECK | I don't know them. I told you I saw them on Facebook and just ask if you knew them |
| WITNESS W | Ok |
| OSBECK | I just like to see when people find love I don't care who they are. Because of my job I've never been able to find that love |
| WITNESS W | Oh yeah Good |
| OSBECK | No it's not good for me. Good for you you hav (Unidentified Individual 1) [6] |
| WITNESS W | You have me |
| OSBECK | Yes you love me but I mean someone to spend every day with. Being loved feeling loved. I appreciate your love but we are 1000 miles apart. Not the same |
| WITNESS W | If you want me by your side I will be there |
| OSBECK | A of course I do but I can't get you a visa right now |
| OSBECK | I'd pay anything to get u to Florida |

47. The following are additional WhatsApp chat messages between OSBECK and WITNESS W between June 23, 2025, and June 26, 2025. The conversation begins with OSBECK sending an image depicting a shirtless unknown young male, whose age cannot be determined.

| Sender | Message |
|---|---|
| WITNESS W | Nice |
| WITNESS W | Who is he? |
| OSBECK | My gay son :) |
| OSBECK | Kidding. He's awesome |
| OSBECK | A Star |
| WITNESS W | Wow😂 |
| OSBECK | You are the most handsome son I ever had |
| WITNESS W | This is me ? |
| OSBECK | No a mistake |

6 Unidentified Individuals 1, 2, and 3 are named in the text messages, however, the Government has removed the names for privacy purposes.

| | |
|---|---|
| OSBECK | (Unidentified Individual 1) has 100 for you |
| WITNESS W | Really. ? |
| WITNESS W | Thank u so much |
| WITNESS W | I will go at leogane on Friday |
| OSBECK | Who is (Unidentified Individual 2) |
| OSBECK | Are you taking a boat or plane or taptap |
| OSBECK | I miss u so much |
| OSBECK | I'm in Haiti and can't even see you |
| WITNESS W | Tap tap and boat |
| OSBECK | Next time I'll fly to port stay with you a couple days but where will I sleep. You girl is with u |
| OSBECK | Between u and her |
| OSBECK | Or on top of you |
| OSBECK | Or floor |
| | …. |
| OSBECK | All 3 in bed |
| OSBECK | Wow bonus |
| OSBECK | Yes today |
| WITNESS W | If I told her tht she will be mad |
| WITNESS W | How much Bonus lol 😂 |
| OSBECK | Did your little friend die. I not see him in action long time |
| WITNESS W | Who ? |
| OSBECK | You little friend in your pants |
| OSBECK | Little Mo. |
| OSBECK | Wow you forget me |
| WITNESS W | Good morning |
| WITNESS W | No never |
| WITNESS W | Hello Father |
| OSBECK | Hi |
| WITNESS W | How are u ? |
| OSBECK | Ok |
| WITNESS W | Tomorrow Im leaving |
| OSBECK | Bon voyage |
| WITNESS W | Thx |
| OSBECK | Glad I sent that 100 |
| OSBECK | I'm on my way to Florida |
| WITNESS W | What are u going to do there ? |
| WITNESS W | Yes 😂<br>I bought some food |
| WITNESS W | Thx |
| OSBECK | I live in Florida |

*2026 Haiti Investigation*

48. On or about September 30, 2026, officers from the Brigade for the Protection of Minors (BPM) of the Departmental Judicial Police Service (SDPJ), with the assistance of representatives from the Haiti Institute of Social Welfare and Research (IBESR) and authorization from a Justice of the Peace, conducted a police operation at the children's home, Ignite Your Faith Ministries (IYFM), located in Cap-Haitien, Haiti. CBP records show that OSBECK's most recent travel to Cap-Haitien, Haiti was from Miami, Florida, on or about June 9, 2026. On October 14, 2026, OSBECK boarded a flight scheduled to land in Miami, Florida.

49. BPM and IBESR initiated the intervention due to multiple reports of alleged child exploitation associated with the home, the absence of any authorized operating license, and a pattern of the home relocating frequently since its creation. IBESR conducted an inspection of IYFM, which included a review of the premises and interviews with children and staff.

50. The inspection revealed that the home has no authorization to operate, maintains no legal placement documentation, follows no approved procedures for child intake or reunification, keeps no registry of admitted children, and employs no qualified personnel such as social workers, psychologists, or medical staff. Investigators found no evidence of regular medical care, and staff could not identify any facility providing alleged medical services to the children. There were also no security personnel present.

51. According to the IBESR, the Director of the home, whom FBI previously identified as SUBJECT 2 and a Haitian male, reported nine minors living at the home; however, investigators identified fourteen children, ages seven to seventeen, including two biological children of the director. The population includes orphans, street children, and children who reportedly left their homes due to mistreatment.

52. The IYFM premises consisted of bedrooms, common areas, and basic facilities; however, investigators noted numerous deficiencies, including lack of administrative space, inadequate maintenance of showers and kitchen areas, absence of food storage, poor organization, insufficient sleeping arrangements, and multiple children sleeping on the floor.

53. As a result of the police operation, OSBECK and SUBJECT 2 were placed into custody while the investigation continues. The minors were transported to a medical facility for evaluation.

## CONCLUSION

54. Based on the foregoing facts and information, I respectfully submit that there is probable cause to believe that **THOMAS EDWARD OSBECK ("OSBECK")** did knowingly commit the offenses of Attempt to Engage in Illicit Sexual Conduct in a Foreign Place, in violation of 18 United States Code, Sections 2423(f) between in and around 2019 through 2020 with MINOR VICTIM 1 and Engaging in Illicit Sexual Conduct in a Foreign Place, in violation of 18 United States Code, Sections 2423(c) between in and around 2004 through 2008 with MINOR VICTIM 2.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Cindy Barrois, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this 14th day of October
2026, at Miami, Florida.

HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE